Friday, February 17, 2017

No. 16–0727/AF. U.S. v. James W. Richards IV. CCA 38346. Appellant's motion for leave of the Court to file an addendum to the joint appendix is granted.

No. 17–0084/AR. U.S. v. James N. Costigan. CCA 20150052. On consideration of Appellant's second motion to extend time to file a brief, it is ordered that said motion is hereby granted, up to and including March 10, 2017, and that absent extraordinary circumstances, no further extension of time will be granted in this case.

No. 17–0192/AR. U.S. v. Jermaine C. Sampson. CCA 20140841. On consideration of Appellant's second motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted to March 9, 2017, and that absent extraordinary circumstances, no further extension of time will be granted in this case.

No. 17–0208/CG. U.S. v. John C. Riesbeck. CCA 1374. On consideration of Appellant's second motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted to February 27, 2017, and that absent extraordinary circumstances, no further extension of time will be granted in this case.

No. 17–0237/AR. U.S. v. Andrew M. Viera. CCA 20150487. Appellant's motion to extend time to file the supplement to the petition for grant of review is granted.

No. 17–0242/AR. U.S. v. Nicholas J. Majetich. CCA 20150085. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 8, 2017.

No. 17–0245/AR. U.S. v. Terry J. Ayers. CCA 20160362. Appellant's motion to extend time to file the supplement to the petition for grant of review is granted to March 8, 2017.